JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

PAOLA V. SOSA SARMIENTO,
Plaintiff,
v.
TRACY TARANGO, et al.,
Defendants.

Case No. 8:26-cv-00339-JDE

JUDGMENT

Based on the Order Regarding Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Paola V. Sosa Sarmiento shall take nothing by her Complaint and this Action is dismissed without prejudice.

Dated: July 23, 2026

JOHN D. EARLY
United States Magistrate Judge